## MISCELLANEOUS DISMISSALS

**2010–1475. Middleton v. Meijer, Inc.**
Montgomery App. No. 23789, 2010-Ohio-3244. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*October 7, 2010*

[Cite as *10/07/2010 Case Announcements,* 2010-Ohio-4878.]

## MISCELLANEOUS DISMISSALS

**2010–0123. State ex rel. Smith v. Ohio State Univ. Hosp.**
Franklin App. No. 09AP–214, 2009-Ohio-6661. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

It is ordered by the court that the joint application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*October 7, 2010*

[Cite as *10/07/2010 Case Announcements #2,* 2010-Ohio-4880.]

## MOTION AND PROCEDURAL RULINGS

**2010–1375. State ex rel. Vaughn v. Cubbon.**
In Prohibition. On motion for clarification of the court's September 28, 2010 order. Motion denied as moot.

## RECONSIDERATION OF PRIOR DECISIONS

**2009–1757. In re Adoption of P.A.C.**
Hamilton App. No. C–081149, 184 Ohio App.3d 88, 2009-Ohio-4492. Reported at 126 Ohio St.3d 236, 2010-Ohio-3351, 933 N.E.2d 236. On motion for reconsideration. Motion denied.

BROWN, C.J., and LANZINGER and CUPP, JJ., dissent.

**2009–2355. In re Adoption of G.V.**
Lucas App. No. L–09–1160, 2009-Ohio-6338. Reported at 126 Ohio St.3d 249, 2010-Ohio-3349, 933 N.E.2d 245. On motion for reconsideration. Motion denied. See Slip Opinion No. 2010-Ohio-4879.

BROWN, C.J., and LANZINGER and CUPP, JJ., dissent.